Court of Appeals No. 05-15-01347-CR

JUAN MANUEL PALLARES-RAMIREZ, Appellant

RECEIVED IN
COURT OF APPEALS, 5th DIST.

DEC 2 2 2015

LISA MATZ
CLERK, 5th DISTRICT

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MA13-22517-G

## FINDINGS OF FACT

The Court finds that the Defendant, Juan Manuel Pallares-Ramirez was charged with the offense of Driving While Intoxicated on or about July 13, 2013 in Dallas County, Texas in the above styled cause. The Defendant was represented by Attorney Ashkan Mehryari. The case was brought to jury trial on June 23, 2015 and the trial was completed on June 24, 2015. Upon being found guilty by a jury of six members, the Judge sentenced the Defendant to a term of confinement in the Dallas County jail of 90 days, then probated the sentence for 12 months and assessed a fine of $500 plus the costs of court with additional conditions of probation in accordance with the alleged offense.

The Court further finds Attorney Ashkan Mehryari discussed possibly appealing the jury verdict of guilty and expressed to the Court that the Defendant probably wouldn't be able to afford the appeal. The Court informed the Attorney Mehryari that she would grant the Defendant's motion for consideration of his indigency upon submission if needed.

After some investigation, the Court finds Attorney Mehryari did in fact file Notice of Appeal on July 13, 2015 with the Court, well within a timely manner. The Clerk of the Court accepted this filing, scanned it but did not prepare a Certificate of Appeal nor send Notice of Appeal to the Court of Appeals in error and by oversight.

The Court further finds that upon discovering the error because the Attorney inquired about the matter, the Clerk of the Court sent Notice of Appeal and Certificate of Appeal to the Court of Appeals on November 2, 2015.

The Court further finds the Defendant presented a Pauper's Oath with a motion to consider the Defendant indigent on November 13, 2015, which was granted in the Defendant's favor.

Judge Angela King

December 10, 2015

**Angela M. King, Judge**
County Criminal Court #6
3rd Floor, Frank Crowley Courts Building
133 N. Riverfront Blvd, LB 20
Dallas, TX 75207-4313



Court of Appeals
Fifth District of Texas at Dallas
Lisa Matz, Clerk
600 Commerce Street, Ste 200
Dallas, Texas 75202